## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Cheryl Warner,<br><br>                   Plaintiff,<br>v.<br><br>Jenny Craig, Inc.,<br><br>                   Defendant. | Civil Action No.: 4:19-cv-00080-JED-JFJ |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: March 8, 2019

                                                       Respectfully submitted,

                                                       PLAINTIFF, Cheryl Warner

                                                       /s/ Sergei Lemberg

                                                       Sergei Lemberg, Esq.
                                                       LEMBERG LAW, L.L.C.
                                                       43 Danbury Road, 3rd Floor
                                                       Wilton, CT 06897
                                                       Telephone: (203) 653-2250
                                                       Facsimile: (203) 653-3424
                                                       slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on March 8, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg

                Sergei Lemberg