## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Cheryl Warner, | : | |
| | : | Civil Action No.:  4:19-cv-00080-JED-JFJ |
| Plaintiff, | : | |
| v. | : | |
| Jenny Craig, Inc, | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Cheryl Warner ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 3, 2019

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By <u>/s/ Sergei Lemberg</u>

Sergei Lemberg